IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSHUA GUNTHER, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No.:  7:20-cv-209 |
| | ) |
| v. | ) |
| | ) |
| VIRGINIA POLYTECHNIC INSTITUTE | ) |
| AND STATE UNIVERSITY, et al., | ) |
| | ) By: Michael F. Urbanski |
| Defendants. | ) Chief United States District Judge |

### ORDER

In accordance with the representation made by counsel that this case has been resolved, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice against all defendants, and **ORDERED** stricken from the active docket of the court; provided that the court retains jurisdiction to enforce the settlement if any party so moves within 60 days of entry of this order.

All pending motions are **DENIED** as moot and deadlines **SUSPENDED**.

It is **SO ORDERED**.

Entered:   October 13, 2020

Michael F. Urbanski
Chief U.S. District Judge
2020.10.13 11:13:05
-04'00'

Michael F. Urbanski
Chief United States District Judge